UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE TENTH CIRCUIT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*Jul 20, 2012*

GREGORY C. LANGHAM, CLERK

---

| | |
|---|---|
| IN RE TERRY KENNETH VICKERY, officer, director, shareholder TKV Consulting, member Johnstown-Milliken LLC, member 820 Welch St. LLC, member 3040 Zuni LLC, member West 29th St. LLC, member 3051-3063 Zuni LLC,<br><br>Debtor. | BAP No. CO-12-046<br><br>Bankr. No. 10-41118<br>Adv. No. 11-01164<br>Chapter 7 |
| RICHARD K. DIAMOND, as Chapter 7 Trustee for IVDS Interactive Acquisition Partners, A Florida General Partnership,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>TERRY KENNETH VICKERY,<br><br>Defendant - Appellant. | ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT<br><br>July 20, 2012 |

---

The matter before the Court is the Statement of Election to Have Appeal Heard by the U.S. District Court ("Election") filed by Richard K. Diamond ("Appellee"). In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

  (1)   This appeal is transferred to the United States District Court.

  (2)   Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

(3) This Court's record is transmitted to the United States Bankruptcy Court.

For the Panel:

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court