IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01891-MSK

In re: TERRY KENNETH VICKERY

        Debtor,

v.

RICHARD K. DIAMOND, Chapter 7 Trustee for IVDS Interactive Acquisition Partners,
L.P., a Florida general partnership,
Plaintiff/Appellee,
v.

TERRY KENNETH VICKERY,
Defendant/Appellant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

**ORDERED**:   The Court **AFFIRMS** the judgment and the Bankruptcy Court's determination that the $4.6 million judgment debt held by Mr. Diamond is nondischargeable under § 523(a)(6).  It is further

ORDERED that costs are awarded to the plaintiff/appellee and against the debtor upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 28th day January, 2015.

                                    ENTERED FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK


                                    s/Patricia Glover
                                      Deputy Clerk